NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WILFREDO VALERIO, | |
| Plaintiff, | Civil Docket No. 11-1704 (FSH) |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| UNITED STATES, | |
| Defendant. | |

**HOCHBERG, District Judge:**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS**, on this 18th day of July,

**ORDERED** that the application is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint; and it is further

**ORDERED** that the Clerk of the Court issue summons and the United States Marshal serve a copy of the Complaint, summons and this order upon the Defendant as directed by the Plaintiff.  All costs of service shall be advanced by the United States.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**